UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **MUNEAR ASHTON KOUZBARI,** **Individually and as Assignee of Rights and Claims of ARISTON LAB ASSOCIATES, LLC**     *Plaintiff*, | § § § § § § | |
| v. | § § | CIVIL ACTION NO. 3:18-cv-126 |
| **HEALTH ACQUISITION COMPANY LLC; AND RURAL COMMUNITY HOSPITALS OF AMERICA, LLC**     *Defendants*. | § § § § § | |

## JOINT STATUS REPORT AND NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE SIDNEY FITZWATER:

COME NOW Plaintiff Munear Ashton Kouzbari, Individually and as Assignee of Rights and Claims of Ariston Lab Associates, LLC, Defendant Health Acquisition Company, LLC, and Defendant Rural Community Hospitals of America, LLC (collectively "the Parties"), and file this their Joint Status Report and Notice of Settlement.

The Parties wish to alert the Court that they have settled the above-referenced matter in its entirety and a formal written settlement agreement has been executed by the Parties. The Parties will file the appropriate dismissal documents with the Court once the settlement amount has been paid to Plaintiff by the Defendants.

Respectfully submitted,

*/s/ Suzanne H. Swaner*
**SUZANNE H. SWANER**
Texas State Bar No. 90001631
Suzanne.swaner@bowmanandbrooke.com
**KATHERINE H. CALHOUN**
State Bar No. 24097792
Katherine.Calhoun@bowmanandbrooke.com

**BOWMAN AND BROOKE LLP**
5830 Granite Parkway, Suite 1000
Plano, Texas 75024
Telephone: (972) 616-1700
Fax: (972) 616-1701

**ATTORNEYS FOR DEFENDANTS**
**HEALTH ACQUISITION COMPANY LLC and**
**RURAL COMMUNITY HOSPITALS OF AMERICA, LLC**

and

*/s/ Justin N. Bryan*
**ARNOLD SHOKOUHI**
State Bar No. 24056315
arnolds@mccathernlaw.com
**JUSTIN N. BRYAN**
State Bar No. 24072006
jbryan@mccathernlaw.com
**SOUNIA SENEMAR**
State Bar No. 24103925
ssenemar@mccathernlaw.com

**MCCATHERN, PLLC**
3710 Rawlins, Suite 1600
Dallas, TX 75219
Telephone: 214.741.2662
Facsimile: 214.741.4717

**ATTORNEYS FOR PLAINTIFF**