UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MUNEAR ASHTON KOUZBARI, Individually and as Assignee of Rights and Claims of ARISTON LAB ASSOCIATES, LLC<br>　　*Plaintiff*, <br><br>v.<br><br>HEALTH ACQUISITION COMPANY, LLC AND RURAL COMMUNITY HOSPITALS OF AMERICA, LLC<br>　　*Defendants*. | §§§§§§§§§§§§§ | CIVIL ACTION NO. 3:18-cv-126 |

## *JOINT MOTION TO DISMISS WITH PREJUDICE*

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff Munear Ashton Mouzbari, individually and as assignee of rights and claims of Ariston Lab Associates, LLC, and Defendants Health Acquisition Company, LLC and Rural Community Hospitals of America, LLC, move this Court to dismiss this cause with prejudice as to re-filing for the reason that all matters of fact and things in controversy have been fully and finally compromised and settled by and between the parties.

WHEREFORE, Plaintiff and Defendants respectfully request that this Court enter an Order of Dismissal with Prejudice, dismissing all claims asserted in the above-captioned lawsuit against Defendants with prejudice to the re-filing of same and all costs be taxed against the party incurring same.

Respectfully submitted,

**MCCATHERN, PLLC**

*/s/ Justin N. Bryan*
Arnold Shokouhi
State Bar No. 24056315
arnolds@mccathernlaw.com
Justin N. Bryan
State Bar No. 24072006
jbryan@mccathernlaw.com
Sounia Senemar
State Bar No. 24103925
ssenemar@mccathernlaw.com

3710 Rawlins, Suite 1600
Dallas, Texas 75219
Telephone:  (214) 741-2662
Facsimile: (214) 741-4717

**ATTORNEYS FOR PLAINTIFF**


**BOWMAN AND BROOKE LLP**


*/s/ Suzanne H. Swaner*
**SUZANNE H. SWANER**
State Bar No. 90001631
Suzanne.swaner@bowmanandbrooke.com
**KATHERINE H. CALHOUN**
State Bar No. 24097792
Katherine.Calhoun@bowmanandbrooke.com

5830 Granite Parkway, Suite 1000
Plano, Texas 75024
Telephone: (972) 616-1700
Facsimile: (972) 616-1701

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing pleading was served on Defendants' counsel of record, Suzanne H. Swaner and Katherine H. Calhoun, 5830 Granite, Suite 1000, Plano, Texas 75024, on this 12th day of April, 2019.

**Via E-Mail:**
Suzanne H. Swaner
Suzanne.swaner@bowmanandbrooke.com
Katherine H. Calhoun
Katherine.Calhoun@bowmanandbrooke.com

BOWMAN AND BROOKE LLP
5830 Granite Parkway, Suite 1000
Plano, Texas 75024

                                                  */s/ Justin N. Bryan*
                                                  Justin N. Bryan