UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MUNEAR ASHTON KOUZBARI, Individually and as Assignee of Rights and Claims of ARISTON LAB ASSOCIATES, LLC<br>    *Plaintiff*,<br><br>v.<br><br>HEALTH ACQUISITION COMPANY, LLC AND RURAL COMMUNITY HOSPITALS OF AMERICA, LLC<br>    *Defendants*. | §§§§§§§§§§§§§ | CIVIL ACTION NO. 3:18-cv-126-D |

## *ORDER OF DISMISSAL*

On this day came on to be considered the request of all the parties herein that the claims asserted by Plaintiff against Defendants in the above-styled and -numbered cause be dismissed with prejudice to the re-filing of same. The Court is of the opinion and finds that such request should be, in all things, GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the above-styled and numbered cause is hereby dismissed with prejudice to the re-filing of same or any part thereof.

All costs of court are taxed against the party incurring same. All relief not expressly granted herein is denied.

SIGNED this 15th day of April, 2019.

*[signature: Sidney A. Fitzwater]*
The Hon. Sidney A. Fitzwater
United States District Judge